FILED'08 AUG 03 16:03USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GEORGE M. GRAY,               )    Civil No. 08-666-CL
                              )
        Petitioner,           )    **ORDER**
                              )
    v.                        )
                              )
J.E. THOMAS,                  )
                              )
        Respondent.           )

**PANNER, Judge.**

On July 10, 2008, Magistrate Judge Clarke filed his Report
and Recommendation (docket # 7), which recommended dismissal of
this action, without prejudice, because Plaintiff has not paid
the filing fee despite having been directed to do so.

The matter is now before me pursuant to 28 U.S.C.
§ 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Although no objections
have been timely filed, this court still must review the legal
principles *de novo*.  See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983) (absence of objection does not relieve
"district court of its obligation . . . to decide for itself
whether the Magistrate's report is correct").

I find no error.

### Conclusion

Magistrate Judge Clarke's Report and Recommendation (docket # 7) is adopted.  This action is dismissed, without prejudice, for failure to pay the filing fee.

IT IS SO ORDERED.

DATED this _____ day of August, 2008.

_____
Owen M. Panner
United States District Judge